AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana
Missoula Division

| | |
|---|---|
| Two Men and a Truck/International, Inc. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV 17-141-M-DWM |
| Kevn Arcel, individually and d/b/a 2 Guys & a Truck | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Arcel
505 Kaeding Creek Road
Whitefish, Montana 59937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johnathan W. Anderson, CONRADI ANDERSON PLLC
307 Spokane Ave, Suite 102, Whitefish, MT 59937
J. David Mayberry, KILPATRICK TOWNSEND & STOCKTON LLP
607 14th St NW, Suite 900, Washington, DC 20005
James W. Faris Jr., KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800, Atlanta, GA 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **TYLER P. GILMAN**

Date: 9/29/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana
Missoula Division

Two Men and a Truck/International, Inc.

*Plaintiff(s)*

v.

Kevn Arcel, individually and d/b/a 2 Guys & a Truck

*Defendant(s)*

Civil Action No. CV 17-141-M-DWM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Arcel d/b/a "2 Guys & A Truck"
505 Kaeding Creek Road
Whitefish, Montana 59937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johnathan W. Anderson, CONRADI ANDERSON PLLC
307 Spokane Ave, Suite 102, Whitefish, MT 59937
J. David Mayberry, KILPATRICK TOWNSEND & STOCKTON LLP
607 14th St NW, Suite 900, Washington, DC 20005
James W. Faris Jr., KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800, Atlanta, GA 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
TYLER P. GILMAN

Date: 9/29/17

Nicole Stephens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: