IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 1 3 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| TWO MEN AND A TRUCK/INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN ARCEL, individually and d/b/a "2 GUYS & A TRUCK," <br><br> Defendants. | CV 17–141–M–DWM <br><br> ORDER |

The parties having stipulated to extend the answer deadline in the above-captioned matter, (Doc. 5),

IT IS ORDERED that the time in which to file a responsive pleading is EXTENDED. Fed. R. Civ. P. 6(b)(1). However, in order to ensure the "just" and "speedy" determination of this action, Fed. R. Civ. P. 1, a date certain for that deadline is necessary. Defendant Kevin Arcel shall file his answer—or the parties shall file a joint notice of settlement—on or before December 13, 2017.

DATED this 13th day of November, 2017.

Donald W. Molloy, District Judge
United States District Court