FILED

NOV 30 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TWO MEN AND A TRUCK/INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN ARCEL, individually and d/b/a "2 GUYS & A TRUCK," <br><br> Defendants. | CV 17–141–M–DWM <br><br> ORDER |

Plaintiff Two Men and a Truck moves for the admission of J. David Mayberry and James W. Faris Jr. to practice before this Court in this case with Johnathan W. Anderson to act as local counsel. Those applications appearing to be in order,

IT IS ORDERED that Plaintiff's motion to admit J. David Mayberry and James W. Faris Jr. *pro hac vice* (Doc. 7) is GRANTED on the condition that Mr. Mayberry and Mr. Faris shall each do his own work. This means that Mr. Mayberry and Mr. Faris must each do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

1

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mayberry and Mr. Faris, within fifteen (15) days of the date of this Order, file a notice acknowledging their admission under the terms set forth above.

DATED this 30th day of November, 2017.

Donald W. Molloy, District Judge
United States District Court